**754**

**COMMONWEALTH of Kentucky, DEPARTMENT OF MENTAL HEALTH, et al., Appellants,**

v.

**Ancil HOOD, Appellee.**

Court of Appeals of Kentucky.

May 4, 1973.

John B. Breckinridge, Atty. Gen., George F. Rabe, Asst. Atty. Gen., Frankfort, for appellants.

Fred F. Bradley, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

**Freda Cooksey BRIGHT**

v.

**Dennis THOMAS et al.**

Court of Appeals of Kentucky.

May 4, 1973.

Gary L. Gardner, Eubanks, Gardner & Schaefer, Louisville, for appellant.

Ronald V. Simpson, Louisville, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Reversing.*

**Joshua Bell ADAMS**

v.

**Elizabeth Browning ADAMS and S. J. Stallings.**

Court of Appeals of Kentucky.

May 4, 1973.

James A. Hubbs, Thomas Burton, Hubbs & Burton, Louisville, for appellant.

S. J. Stallings, Louisville, for appellees.

Opinion of the court by Special Commissioner ARMAND ANGELUCCI, Affirming.*

* Opinion ordered not to be published.